IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JONATHAN JONES | : CIVIL ACTION |
| | : |
| v. | : |
| | : NO. 14-4689 |
| | : |
| AMERIHEALTH CARITAS, et al. | : |

## ORDER

AND NOW, this 6th day of March 2015, upon consideration of the Defendants' Motion to Dismiss (ECF Doc. No. 8), Plaintiff's Response in Opposition (ECF Doc. No. 11) and for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that the Defendants' Motion is **DENIED**. Defendants shall respond to the Complaint on or before **March 20, 2015**.

_____
KEARNEY, J.